AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                          **CRIMINAL COMPLAINT**

**DARRYL GASKINS**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __JULY 19, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER SOMALLI FULLER__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
**OFFICER SOMALLI FULLER**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____  at   __Washington, D.C.__
Date                                          City and State

_____         _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**STATEMENT OF FACTS**

      On July 20, 2007, sworn officers with the Metropolitan Police Department's Sixth District executed a D.C. Superior Court search warrant at xxxx xx$^{xx}$ Xxxxxx, #xxx, Xxxxxxxxx, Xxxxxxxxxx, X.X. Upon entry into the apartment, members encountered a black female in the living room of the apartment. Members also encountered a black male, later identified as Darryl Gaskins in the living room of the apartment. Defendant Gaskins identified himself as the lessee of the apartment. Members found mail matter in the apartment addressed to Darryl Gaskins. During a search of the apartment, members recovered a total of 462 grams of a brown rock substance, which when field tested revealed a positive color reaction for heroin. Members also recovered a total of 35 small ziplocks containing a white rock-like substance, which when field tested revealed a positive color reaction for cocaine. The search of the apartment also revealed 3 scales, multiple unused ziplocks, razor blades, and plates with residue. A total of $11,166.00 dollars in U.S. Currency was recovered from the apartment and seized for civil forfeiture. Your affiant knows based on his experience in investigating narcotics offenses, that the wholesale value of the suspected heroin seized is approximately $69,300 dollars. The amount of the suspected heroin recovered is an amount commonly indicating that the suspected heroin was going to be sold to others rather than used exclusively by the defendant.

 

OFFICER SOMALLI FULLER
SIXTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JULY, 2007.



U.S. MAGISTRATE JUDGE